Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda, Esq. (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHERN CALIFORNIA SHEET METAL WORKERS HEALTH CARE PLAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY DUCT, LLC,<br><br>Defendant. | Case No.: C13-1288 KAW<br><br>**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:   October 8, 2013<br>Time:   1:30 p.m.<br>Ctrm:   4, 3rd Floor, Oakland Courthouse<br>Judge:  Honorable Kandis A. Westmore |

Plaintiffs herein respectfully request that the Case Management Conference, currently on calendar for October 8, 2013, be continued for approximately 90 days. Good cause exists for the continuance, as follows:

1.    As the Court's records will reflect, this action was filed on March 21, 2013. The parties executed a Judgment Pursuant to Stipulation (Dkt. #5) providing for a payment plan for Defendant to satisfy the amounts owed to Plaintiffs, which was filed with the Court with a Proposed Order (Dkt. #6) on March 26, 2013.

2.    The undersigned substituted as counsel on April 4, 2013 (Dkt. #8). The Court denied entry of the Judgment Pursuant to Stipulation, as employer was not represented by counsel. The Court issued an Order (Dkt. #9) directing Defendant to retain counsel and re-file the Stipulation for consideration, or default judgment may be entered.

3.    Defendant thereafter submitted payment in full of all amounts due to Plaintiffs,

1  except for liquidated damages, and requested that the Plaintiff Trustees waive the liquidated
2  damages. The request for waiver is pending.

3      4.    Before Plaintiffs can dismiss this matter it is imperative that Plaintiffs have the
4  opportunity to ensure that all contributions due by Defendant have been properly reported and
5  paid. Thus, Plaintiffs have decided to exercise their rights under the Collective Bargaining
6  Agreement to conduct and audit of Defendant's payroll records.

7      5.    An audit has been requested, but Defendant has yet to comply.

8      6.    The Court continued the previous Case Management Conference, scheduled for
9  July 2, 2013, to allow time for the audit to be completed and the parties to discuss payment and/or
10  waiver of liquidated damages. Since then, Defendant has refused to comply with the audit, and has
11  advised the Plaintiff Trust Funds that their records are inaccessible. Plaintiffs have therefore made
12  a claim on Defendant's Union Wage and Welfare Bond for the amounts owed for liquidated
13  damages and interest, and are awaiting response from the surety. In the meantime, Plaintiffs are
14  evaluating their options to further pursue audit compliance by Defendant.

15      7.    Accordingly, Plaintiffs respectfully request that the Case Management Conference,
16  currently scheduled for October 8, 2013, be continued for 90 days to allow time for the audit to be
17  further pursued and completed and for the surety to respond to Plaintiffs' bond claim.

18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

-2-
**PLAINTIFFS' REQUEST TO CONTINUE CMC; [PROPOSED] ORDER THEREON**
**Case No.: C13-1288 KAW**

1    8.    There are no issues that need to be addressed by the parties at a Case Management

2  Conference. In the interest of conserving costs, as well as the Court's time and resources,

3  Plaintiffs respectfully request that the Court continue the currently scheduled Case Management

4  Conference.

5    I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above

6  entitled action, and that the foregoing is true of my own knowledge.

7    Executed this 1st day of October 2013, at San Francisco, California.

8    SALTZMAN & JOHNSON
     LAW CORPORATION

9

10    By:  _____/S/_____
          Michele R. Stafford

11        Attorneys for Plaintiffs

12  IT IS SO ORDERED.

13    The currently set Case Management Conference is hereby continued to _Jan. 14, 2014_ at

14  _1:30 p.m._, ~~and all previously set deadlines and dates related to this case are continued accordingly.~~

15  Date: _October 3, 2013_    _____

16    THE HONORABLE KANDIS A. WESTMORE

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFFS' REQUEST TO CONTINUE CMC; [PROPOSED] ORDER THEREON**
**Case No.: C13-1288 KAW**

P:\CLIENTS\SHECL\Liberty Duct, LLC\Pleadings\C13-1288 KAW\C13-1288 KAW - Request to Continue CMC 100113.doc

1
<u>Proof of Service</u>

2
I, the undersigned, declare:

3
    1.    I am a citizen of the United States and am employed in the County of San

4
Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San

5
Francisco, California 94104.

6
    2.    I am over the age of eighteen and not a party to this action.

7
    3.    On **October 1, 2013**, I served the following document(s):

8
**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER THEREON**

9

10
on the interested parties in said action by enclosing a true and exact copy of each document in a

11
sealed envelope and placing the envelope for collection and First Class mailing following our

12
ordinary business practices. I am readily familiar with this business' practice for collecting and

13
processing correspondence for mailing. On the same day that correspondence is placed for

14
collection and mailing, it is deposited in the ordinary course of business with the United States

15
Postal Service in a sealed envelope with postage fully prepaid.

16
    4.    The envelopes were addressed and mailed as follows:

17
Paul Wulfenstein
Liberty Duct, LLC
18
4031 Industrial Center Drive #705
North Las Vegas, NV 89030
19

20
    I declare under penalty of perjury that the foregoing is true and correct and that this

21
declaration was executed on **October 1, 2013,** at San Francisco, California.

22

23
            /S/
           Elise Thurman
24
           Paralegal

25

26

27

28

P:\CLIENTS\SHECL\Liberty Duct, LLC\Pleadings\C13-1288 KAW\C13-1288 KAW - Request to Continue CMC 100113.doc